# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOSEPH GRIEGO,<br><br>　　　　　Defendant. | Case No.: 2:15-cr-260<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JOSEPH GRIEGO (ID#) 2805173 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JOSEPH GRIEGO** before the United States District Court at Las Vegas, Nevada, on or about Thursday, **SEP 2 4 2015**, at the hour of 3:00 p.m. for arraignment and any PAL, Courtroom 3B further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: September 16, 2015

_____
UNITED STATES MAGISTRATE JUDGE

NIEL G. BOGDEN
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:15-cr-260 |
| ) | |
| Plaintiff, ) | PETITION FOR WRIT OF HABEAS |
| ) | CORPUS AD PROSEQUENDUM FOR |
| vs. ) | JOSEPH GRIEGO |
| ) | (ID#) 2805173 |
| JOSEPH GRIEGO, ) | |
| ) | |
| Defendant. ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **JOSEPH GRIEGO**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **JOSEPH GRIEGO** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **JOSEPH GRIEGO** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on Thursday, **SEP 2 4 2015**, at the hour of 3:00 PAL, Courtroom 3B p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **JOSEPH GRIEGO** before the United States District Court on or about Thursday, **SEP 2 4 2015**, at the hour of 3:00 p.m., PAL, Courtroom 3B

for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **JOSEPH GRIEGO** before the United States District Court on or about Thursday, SEP 2 4 2015 PAL, Courtroom 3B, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 16th day of September, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

BRANDON C. JAROCH
Assistant United States Attorney