Case 2:15-cr-00260-GMN-CWH   Document 80   Filed 02/27/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| United States of America<br>v.<br>Joseph Greigo | Case No: 2:15-cr-00260-GMN-CWH-1<br>USM No: 50255-048 |
| Date of Original Judgment: 09/02/2016<br>Date of Previous Amended Judgment: 09/13/2016<br>*(Use Date of Last Amended Judgment if Any)* | Madeline S. Lal<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

For the reasons discussed in the Court's Order, (ECF No. 79), Defendant's Motion for a Sentence Reduction Under Amendment 821, (ECF No. 72), is DENIED.

Except as otherwise provided, all provisions of the judgment dated 09/13/2016 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____

Effective Date: Feb 27, 2024
*(if different from order date)*

_____
*Judge's signature*

_____
*Printed name and title*